# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 2, 2021

Bridget M. McCormack,
Chief Justice

161309

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                               SC: 161309
                                               COA: 345601
                                               Kent CC: 17-010335-FC

KIM ANDERSON,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the March 10, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 2, 2021



t0222

                                            Clerk